Palmer
v.
Peck.

---

## PALMER *against* PECK.

ON certiorari to a Justice's Court. It was moved that the Justice amend his return, by stating certain things and omitting or denying others.

How far the court will order a justice to amend his return to a certiorari. They will not order him

*Per Curiam.* We never direct the Justice to return that to return that such a thing is so ; but whether it be so or not.

such a thing is true or otherwise; but merely order him to supply defects by stating whether the matters to which he is legally called upon to return, and to which he has omitted to answer, be true or false.

Motion denied.